# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 20-1587V
### UNPUBLISHED

| | |
|---|---|
| LOUIS CIMINIERI, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: November 30, 2022 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Pneumococcal Conjugate (Prevnar-13); Shoulder Injury Related to Vaccine Administration (SIRVA). |
| Respondent. | |

*Ronald Craig Homer*, Conway, Homer, P.C., Boston, MA, for Petitioner.

*Martin Conway Galvin*, U.S. Department of Justice, Washington, DC, for Respondent.

**RULING ON ENTITLEMENT**[1]

On November 13, 2020, Louis Ciminieri filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered from a left shoulder injury related to vaccine administration ("SIRVA") as a result of a pneumococcal conjugate ("Prevnar-13") vaccine administered on February 4, 2019. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 29, 2022, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that Petitioner has satisfied the criteria set

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

forth in the Vaccine Injury Table ("Table") and the Qualifications and Aids for Interpretation ("QAI") for SIRVA. *Id.* at 7-8 (citing 42 C.F.R. § 100.3(c)(10). Respondent further agrees that Petitioner timely filed his case, that he received the HPV vaccine in the United States, and that he satisfies the statutory severity requirement by suffering the residual effects or complications of his injury for more than six months after vaccine administration. *Id.* at 8 (citing Section 11(c)(1)(D)(i)).

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master